UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **2nd** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Vladimir Tirado** | JOINT DEBTOR: | CASE NO.: **15-14137** | |
| Last Four Digits of SS# **xxx-xx-2658** | Last Four Digits of SS# | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **3,288.45** for months **1** to **17** ;
B. $ **3,929.27** for months **18** to **18** ;
C. $ **3,487.28** for months **19** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00** TOTAL PAID $ **3,000.00**
Balance Due $ **0.00** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Bank of America**    Arrearage on Petition Date $ **101,133.28**
   Address: **Attn: Correspondence Unit/CA6-919-02-41; Po Box 5170; Simi Valley, CA 93062**
   Account No: **xxxxx0965**    Arrears Payment $ **1,642.69** /month (Months **1** to **17**)
   Account No: **xxxxx0965**    Regular Payment $ **1,467.53** /month (Months **1** to **17**)
   Account No: **xxxxx0965**    Arrears Payment $ **1,702.50** /month (Months **18** to **60** )
   Account No: **xxxxx0965**    Regular Payment $ **1,436.05** /month (Months **18** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due  $ _____
              Payable   $ _____ /month   (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **82.96**/month (Months **1** to **17**).
                     Pay $ **397.79**/month (Months **18** to **18**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
 -NONE-
**Assumed Contracts and/or Leases**
 -NONE-

LF-31 (rev. 01/08/10)

**The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.**

**The Debtor will modify the plan to provide for the distribution of funds recovered from their pending lawsuit which are not exempt to the unsecured creditors.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Vladimir Tirado**
**Vladimir Tirado**
Debtor

Date:  **September 21, 2016**